FILED

OCT 31 2019

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>**38248 Robin Way, Burney, CA 96013** | 2:19-SW-0091-KJN<br><br>**ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be unsealed.

DATED: October 31, 2019

Hon. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE